IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESMOND MARROW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY COUNTY, DAVID ROSE, ) <br> MATT DONALDSON, ROBERT ) <br> KEITH MCBRAYER, MARK ) <br> AMERMAN, MICHAEL IRELAND, ) <br> CHERI HOBSON-MATTHEWS and ) <br> JUNE WOOD, in their Individual and ) <br> Official Capacities, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE NO. <br> 1:18-cv-04436-JPB |

## **PLAINTIFF'S NOTICE OF CROSS-APPEAL**

Plaintiff Desmond Marrow hereby provides notice of his cross-appeal[1] to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order on *Defendants Matt Donaldson and David Rose's Motion for Summary Judgment* entered herein on September 28, 2020 (Doc. 87), to the extent the same granted summary judgment based on qualified immunity and official immunity

---

[1] On October 26, 2020, Defendant Rose filed a Notice of Appeal of the District Court's Order to the extent it denied qualified immunity and official immunity for the federal and state law excessive force claims premised on Defendant Rose's use of deadly force in choking Plaintiff on the ground.

with regard to Plaintiff's federal and state law excessive force claims premised on Defendants' use of non-deadly force in slamming Marrow against his vehicle and forcefully taking him to the ground.

The undersigned, in accord with L.R. 7.1 and 5.1(C) hereby certifies that the type font used herein is 13-Point Book Antigua font.

This <u>4th</u> day of November, 2020.

*/s/* Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Georgia
(855) 222-1619 (Stewart)
(404) 328-7596 (Lee)
cstewart@smstrial.com
dlee@smstrial.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed a copy of the foregoing **Plaintiff's Notice of Cross-Appeal** with the Clerk of Court using the CM/ECF system which automatically sends a service copy via email upon all counsel of record in this case.

This <u>4th</u> day of November, 2020.

*/s/* Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Georgia
(855) 222-1619 (Stewart)
(404) 328-7596 (Lee)
cstewart@smstrial.com
dlee@smstrial.com